[No. 37250-5-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN TITUS ANDRESS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06847-1, Carmen Otero, J. Pro Tem., entered August 14, 1995. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Becker and Cox, JJ.

[Nos. 38031-1-I; 41076-8-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED A. STEPHENS, *Appellant*.

*In the Matter of the Personal Restraint of* FRED A. STEPHENS, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 95-1-01918-4, Robert H. Alsdorf, J., entered January 8, 1996, together with a petition for relief from personal restraint. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster and Ellington, JJ.

[No. 39679-0-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON R. NABIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07608-1, Richard M. Ishikawa, J., entered October 15, 1996. *Remanded* by unpublished per curiam opinion.